UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TALAMANTEZ,<br><br>    Petitioner,<br><br>v.<br><br>PLEASANT VALLEY STATE PRISON, et al.<br><br>    Respondents. | 1:07-cv-00253-LJO-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK SEND PETITIONER STANDARD FORMS FOR CLAIMS PURSUANT TO 42 U.S.C. § 1983** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On May 8, 2007, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED as it does not allege grounds that would entitle Petitioner to habeas corpus relief, and that the Clerk of Court send Petitioner the standard forms for claims pursuant to 42 U.S.C. § 1983.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed May 8, 2007, are ADOPTED IN FULL;

   2.   The Petition for Writ of Habeas Corpus is DISMISSED as it does not allege grounds that would entitle Petitioner to habeas corpus relief; and,

   3.   The Clerk of Court send Petitioner the standard forms for claims pursuant to 42 U.S.C. § 1983.

IT IS SO ORDERED.

**Dated:    June 20, 2007**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

2